IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERRY DEAN LOVE,<br><br>Defendant. | No. 17-mj-31-CJW<br><br>PROBABLE CAUSE ORDER |

This matter came before the Court for a combined preliminary examination and detention hearing on February 10, 2017, for the above-named defendant, Jerry Dean Love. Special Assistant United States Attorney Drew Inman appeared on behalf of the government. Defendant appeared personally and through his attorney Assistant Federal Public Defender Heather Quick. The Court received and admitted the Sealed Pretrial Services Report (Doc. 11) into evidence without objection. Officer Bryan Furman of the Cedar Rapids Police Department testified on behalf of the government.

On February 6, 2017, a criminal complaint alleging distribution of methamphetamine was filed (Doc. 2). The criminal complaint was signed under oath by this Court and DEA Task Force Officer Kelly M. Meggers, whose affidavit was attached (Doc. 2, at 2-7). On February 8, 2017, the Court held an initial appearance at which the government moved for the detention of defendant and defendant requested a detention hearing (Doc. 9). On February 10, 2017, the Court held a detention hearing. The Court ordered pretrial detention of defendant. A separate written detention order will follow.

The complaint charges defendant with distribution of methamphetamine in violation of 21 U.S.C. § 841(a)(1). The Court finds that the government has established probable cause to believe that defendant committed the charged offense. *See* FED. R.

1

Crim. P. 5.1(e). At the hearing, Cedar Rapids Police Officer Furman testified that on October 26 2016, Officer Furman and his group conducted a controlled purchase of methamphetamine from defendant using a confidential informant. The confidential informant and defendant exchanged text messages pursuant to their October 26th meeting. On October 26, 2016, the confidential informant went to defendant's residence, namely 927 Wiley Boulevard, NW, Cedar Rapids, Iowa, to purchase an amount of methamphetamine for a sum of $1,300. When the confidential information emerged from defendant's residence, ten minutes after entering, the confidential information had 28.6 grams of field-tested-methamphetamine.

Also, Officer Furman testified to a recent event involving defendant. On February 6, 2017, Cedar Rapids police received a call regarding a suspicious person, who fired a handgun into the air at a convenience store in Cedar Rapids. Police located and arrested defendant. Defendant was in his car. Defendant appeared to be under the influence of alcohol and/or drugs. Defendant refused to exit his car so police had to break his window. During the arrest an officer was injured. Pursuant to the arrest, police found methamphetamine, which is consistent with the charge back from October. Also, pursuant to the February incident, defendant admitted that the 927 Wiley address is his residence. The Court found Officer Furman's testimony to be credible.

Thus, the Court finds that probable cause is established to believe defendant committed the offense charged in the complaint.

**IT IS SO ORDERED** this 10th day of February, 2017.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa